IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
**No. 1:22-cv-00197-DSC**

HARVEY WILLIAM VAN CLEAVE III,)
)
)
)
       Plaintiff,     )
)
   v.            )
)
KILOLO KIJAKAZI,      )
)
)      ORDER FOR REMAND
)
Acting Commissioner of   )
Social Security      )
)
      Defendant.   )
)
_____)

     This matter is before the Court on Plaintiff's Complaint and Defendant's Motion for Remand to the Commissioner for further administrative proceedings. The Commissioner seeks to conduct further fact finding before a different administrative law judge.

     The Court finds good cause has been alleged for remand and that further administrative fact-finding is warranted. Accordingly, the Court hereby under sentence four of 42 U.S.C. § 405(g) remands the case to the Commissioner for further administrative proceedings before a different administrative law

1

judge. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

The Clerk of Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED.

Signed: February 13, 2023

David S. Cayer
United States Magistrate Judge

2